**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BINETOU GUEYE,

Petitioner,

v. No. 2:26-cv-03580-MLG-GBW

MARKWAYNE MULLIN, et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Binetou Gueye's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Amended Complaint. Doc. 1, Doc. 10. The Court, having considered the Petition, having held a hearing on November 23, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the November 23, 2026, hearing, the Court grants the Petition and orders immediate release. *United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260, 265–68 (1954); *Morton v. Ruiz*, 415 U.S. 199, 235 (1974) ("Where the rights of individuals are affected, it is incumbent upon agencies to follow their own procedures."); *Abedi v. Carter*, No. 25-3179, 2026 WL 3149141, at *22 (10th Cir. Oct. 21, 2026) (internal citations omitted); Immigration and Customs Enforcement Directives § 11032.4(2) (2021) ("Generally, ICE should not detain, arrest, or take into custody for an administrative violation of the immigration laws individuals known to be pregnant, postpartum, or nursing unless release is prohibited by law or exceptional circumstances exist.").

Gueye shall be released within twenty-four hours of the entry of this Order. She shall be released with all possessions and identification documentation that she possessed on her person when detained by Respondents in August 2026, documentation sufficient to allow Gueye to travel, and a copy of this Order. Any conditions of release imposed on Gueye shall not include any wearable GPS technology.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA